PROB 12B
(7/93)

Report Date: April 17, 2009

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 21 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

| | |
|---|---|
| Name of Offender: Daniel Christian Amesbury | Case Number: 2:04CR00249-001 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea | |
| Date of Original Sentence: 6/9/2005 | Type of Supervision: Supervised Release |
| Original Offense: Distribution of 50 Grams or More of a Mixture of Substance Containing a Detectable amount of Methamphetamine, 21 U.S.C. § 841 (a)(1) | Date Supervision Commenced: 8/29/2008 |
| Original Sentence: Prison - 60 Months; TSR - 48 Months | Date Supervision Expires: 8/28/2012 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Pursuant to U.S. v Stephens, the above modification with the offenders consent is being submitted to Your Honor for consideration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   4/17/09

Richard B. Law
U.S. Probation Officer

Prob 12B
Re: Amesbury, Daniel Christian
April 17, 2009
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

4/20/09
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____  Signed: _____
                    Richard B. Law                  Daniel Christian Amesbury
              U.S. Probation Officer           Probationer or Supervised Releasee

                               April 17, 2009
                                   Date